No. 299.  HEMANS *v.* UNITED STATES.
Certiorari denied.  MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.  *O. R. McGuire* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 304.  BROWN INSTRUMENT CO. *v.* WARNER, REGISTER OF COPYRIGHTS.
Certiorari denied.  *Samuel E. Darby, Jr., C. B. Spangenberg* and *E. H. Parry, Jr.* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Ford, Paul A. Sweeney, Harry I. Rand* and *H. L. Godfrey* for respondent.  *Albert I. Kegan* and *Esther O. Kegan* filed a brief for the Fawley-Brost Company, as *amicus curiae,* opposing the petition.

No. 27, Misc.  CHRISTAKOS *v.* HUNTER, WARDEN.
Certiorari denied.  Petitioner *pro se.*  *Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 78, Misc.  CONKLIN *v.* PESCOR, WARDEN.
Certiorari denied.

No. 89, Misc.  STREWL *v.* UNITED STATES.
Certiorari denied.  Petitioner *pro se.*  *Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 100, Misc.  ROBINSON *v.* RAGEN, WARDEN.
Certiorari denied.